## JOHNSON VS. ANTHONY.

Execution stayed, and defendant allowed to plead his discharge in bankruptcy, on payment of all costs subsequent to verdict and of opposing motion; where verdict and judgment rendered after his discharge, upon a note given previously.

*Motion to vacate execution and to discharge the judgment.*—Defendant's facts: that he presented his petition for a discharge under the bankrupt Act before the trial and verdict in this cause, and obtained his discharge after verdict, (this suit being on a promissory note), was declared a bankrupt July 8, 1842, got his discharge November 17, 1842, judgment

was docketed February 8, 1843, execution issued and tested 20th June, 1844, levy made on property assigned by defendant under the bankrupt act, and sale advertised. Plaintiff's facts: an execution was issued in this cause on or about 5th April, 1843. Defendant knew of the [11 execution, and did not make any motion to set aside or stay it; and that defendant's discharge was fraudulently obtained, and plaintiff intends to contest it by selling the real estate advertised on the execution.

 C. F. INGALLS, *Defts Atty.*     J. A. MILLARD, *Plffs Atty.*

*Decision.*— Ordered that the executioe be stayed, and that defendant be allowed to plead his discharge in bankruptcy on paying all costs subsequent to verdict, and costs of opposing motion. Judgment herein to stand as security.